IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SWIFT BEEF, | ) | CASE NO. 8:05CV480 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the parties' Stipulation and Motion for Dismissal with Prejudice. The Court finds that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and that the relief should be granted.

IT IS ORDERED:

1. The Stipulation and Motion for Dismissal (Filing No. 20) is granted;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties will pay their own costs and attorney's fees.

DATED this 18th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge